UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOSE RODNEY VIGIL,<br><br>    Defendant.<br>_____/ | No. C-09-5138 EMC<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING AND VACATING MARCH 30, 2011 MOTION HEARING** |

    A hearing on Plaintiffs' Motion for Default Judgment is currently scheduled for March 30, 2011. That hearing is hereby **VACATED**. Plaintiffs are directed to file with the Court a supplemental brief providing authority for the proposition that Defendant was subject to a binding Union Agreement for the period from July 1, 2006 to June 30, 2010 notwithstanding the fact that he apparently did not sign the Agreement for this period, by virtue of his "adher[ence] to its terms and conditions, including the payment of trust fund contributions to [P]laintiffs." *See* Compl. ¶ 2. The supplemental brief shall be due no later than March 7, 2011. The Court will take the matter under submission thereafter.

    IT IS SO ORDERED.

Dated: February 25, 2011

                                                          _____<br>                                                          EDWARD M. CHEN<br>                                                          United States Magistrate Judge