United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, et al.,

Plaintiffs,

v.

JOSE RODNEY VIGIL,

Defendant.

Case No. 09-5138 SC

DEFAULT JUDGMENT

In accordance with the Court's March 18, 2011 Order Adopting the Report and Recommendation of Magistrate Judge Edward M. Chen, ECF No. 51, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment in this action shall be entered in favor of PLAINTIFFS Board of Trustees of the Sheet Metal Workers Health Care Plan of Northern California, Sheet Metal Workers Pension Trust of Northern California, Sheet Metal Workers Local 104 Vacation, Holiday Savings Plan, and Trustee Anthony Asher, and against DEFENDANT Jose Rodney Vigil, in the amount of $1974.68.

IT IS SO ORDERED.

Dated: March 18, 2011

UNITED STATES DISTRICT JUDGE